# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>           Plaintiff,<br><br>     vs.<br><br>CAL CENTRAL HARVESTING, INC.,<br><br>           Defendant | Case No. 1:21-cv-01515 AWI JLT<br><br>**ORDER CLOSING THE ACTION**<br>**(Doc. 5)** |

The plaintiff has filed a voluntary dismissal without prejudice under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(1). (Doc. 5) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

   Dated:   **November 12, 2021**            **/s/ Jennifer L. Thurston**
                                            CHIEF UNITED STATES MAGISTRATE JUDGE